| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |

|  |  |
|---|---|
| ASTRONERGY SOLAR, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>United States, UNITED STATES CUSTOMS AND )<br>BORDER PROTECTION, and CHRIS MAGNUS, )<br>in his official capacity as Commissioner of United States )<br>Customs and Border Protection, )<br>)<br>Defendant. ) | Court No. 22-00308 |

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, Astonergy Solar, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: <u>August 6, 2025</u>

<u>     Jonathan M. Freed     </u>
Attorney for Plaintiff

<u>700 Pennsylvania Avenue, SE, Suite 500</u>
Street Address

<u>     Washington, D.C. 20003     </u>
City, State, and Zip Code

<u>     (202) 223-3760     </u>
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: <u>                         </u>                    Clerk, U. S. Court of International Trade

By: <u>                                   </u>
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr. 1, 2002; Aug. 2, 2010, eff. Sept 1, 2010)